EXHIBIT "B"

# Mortgage Account Statement



OCWEN

**CUSTOMER INFORMATION**

Name: Richard Kern
Sharon Kern
Account Number: 0565347408
Home Phone #: (631)675-0505

**PROPERTY ADDRESS**

50 CRANE NECK ROAD
OLD FIELD   NY 11733

Visit us at ocwen.mortgagebanksite.com
for account information.

---

02/11/10 11 00 3  0001747 20130313 MC113802 OCREG  1 OZ DOM MC11380000* 146316  GM

RICHARD KERN
SHARON KERN
50 CRANE NECK ROAD
SETAUKET NY  11733-1660



Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0565347408 |
| Statement Date | March 12, 2013 |
| Maturity Date | May 01, 2034 |
| Interest Rate | 5.75000 |
| Interest Paid Year-to-Date | $11,796.95 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $817,370.69 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $5,573.13 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $5,573.13 |
| Account Due Date | April 01, 2013 |

For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962
For Payment Arrangements call: 1-800-850-4622

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PD SPEEDPAY FEE | 03/01/13 | 03/12/13 | $7.50 | | | | | | $7.50 |
| SPEEDPAY FEE | 03/01/13 | 03/12/13 | $7.50 | | | | | | $7.50 |
| Payment | 03/01/13 | 03/12/13 | $5,573.13 | $1,648.66 | $3,924.47 | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

See back for automatic payment sign-up information and other payment options.

### Important News

!Attention Military Families! We are committed to doing what we can to support our customers in the military. If you or a member of your family are in the military and are experiencing a financial hardship, please contact us at 866-961-1412 or email us at Military.Families@mortgagebanksite.com to discuss your situation and identify possible alternatives.

See Reverse Side And Additional Pages For Important Information And State Specific Disclosures

## Mail This Portion With Your Payment

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee If Received 15 Days AFTER Due Date | |
|---|---|---|---|---|---|
| 0565347408 | 04/01/13 | $5,573.13 | $5,573.13 | $5,684.59 | OCWEN |

RICHARD KERN

Please assist us in applying

| Tax Map No. | Date of Warrant | **VILLAGE OF OLD FIELD** | Statement No. |
|---|---|---|---|
| 10. 1. 1. | 12/30/1899 | **PROPERTY TAX BILL** | **27400** |
| Statement No. | SWIS Code: 472205 | FISCAL YEAR ENDING 2013 | |
| 27400 | **County of Suffolk** | TO COVER PERIOD MARCH 1, 2013 | *If property has been sold or transferred please forward this bill to new owner or return to this office.* |
| | **Village of Old Field** | TO FEBRUARY 28, 2014 | |
| | Approximate amount to be raised by taxes: **$898,771.00** | PAYABLE WITHOUT PENALTY TO APRIL 1, 2013 | |

Make checks payable to:
**Village of Old Field**
And mail or bring to:
TREASURER
Box 2724
Setauket, New York 11733

Name: **KERN**

RICHARD AND SHARON KERN
50 CRANE NECK ROAD
SETAUKET, NY 11733-

Taxable Property Class: 311.00    Location: 50 CRANE NECK ROAD

| Tax Map No. | No. of Acres | Assessed Valuation ||||
|---|---|---|---|---|---|
| | | Land | Land and Buildings | Exemption | Taxable Value |
| 10. 1. 1. | 2.72 | 1,900 | 21,000 | 0 | 21,000 |
| **ASSESSMENT** | | Tax Rate | Taxable Value | | Tax Amount |
| | | $25.0000 | 21,000 | | $5,250.00 |

| **PROPERTY TAXPAYER'S BILL OF RIGHTS** | | |
|---|---|---|
| FULL MARKET VALUE: | $2 | Total Tax Due On or Before April 1st: **$5,250.00** |
| ASSESSED VALUE: | $21,000 | |
| UNIFORM % OF VALUE: | 898,771.00% | Penalty |
| % CHANGE FROM PRIOR YEAR | 0.00% | Total Tax Due |

Amount Due:
Tax    **$5,250.00**
Penalty _____
Total   _____

**IMPORTANT**
*All taxes postmarked after April 1st will be subject to a penalty of 5.0% for the month of April, and an additional 1.0% for each month or fraction thereafter.*

RETURN BOTH COPIES
WITH YOUR REMITTANCE

☐ If you wish to receive a receipt for payment of this Tax Bill, please place an "X" in this box.

Questions regarding Assessment Values should be directed to Town of Brookhaven Assessor's Office at 451-6300.

**COLLECTOR'S RECEIPT**    Received From _____    Treasurer _____    Date

Case 8-13-71700-ast    Doc 23-2    Filed 04/18/13    Entered 04/18/13 15:31:56

SEE THE COUNTY TREASURER'S NOTICE ON THE REVERSE SIDE.

**STATEMENT OF TAXES**
DECEMBER 1, 2012 thru NOVEMBER 30, 2013 TAX LEVY
TOWN OF BROOKHAVEN, SUFFOLK COUNTY, NEW YORK
TAXABLE STATUS DATE MARCH 1, 2012
TAXES BECOME A LIEN DECEMBER 1, 2012

ITEM NUMBER 86-19250 5
Est. State Aid
SCH  35,273,017 TWN   9,500,000
CTY  278,733,607 SEW          0

MAKE FUNDS PAYABLE TO:
**Louis J. Marcoccia**
RECEIVER OF TAXES
ONE INDEPENDENCE HILL, SUITE 110
FARMINGVILLE, NEW YORK 11738-2149

OFFICE PAYMENT HOURS
MON. TO FRI. 9 A.M. to 4:00 P.M.
PHONE: 631-451-9009  FAX: 631-451-9008
Email us at: taxoffice@brookhaven.org with inquiries
Important for School Inquiries 631-730-4020    School District 01

If property has been sold transferred after March 1, 201 please forward the statement to t new owner or return to this offi with forwarding information.

| Suffolk Tax Map Number | ORPS SD | Description of Property | Exemption Description | Code | Value | Full Value | Real Savings |
|---|---|---|---|---|---|---|---|
| 0203 010.00 01.00 001.000 | 4472201 | N HAMBURG<br>E CRANE NECK RD<br>S BULEY T-129-A<br>W LI SOUND | | | | | |

| Type | Acreage | Tax Code | Roll Section |
|---|---|---|---|
| 2A210 | 2.72 | 113 | 1 |

| Bill # | Land Asmt | Assessed Value | Uniform % | Full Value |
|---|---|---|---|---|
| 163983 | 1,900 | 21,000 Which is | 0.91% of | 2,307,692 |

**Physical Address**
50 CRANE NECK RD  EAST SETAUKET 11733

| 2011 - 2012 Tax Payment Information | | | Bank & Mort. No. |
|---|---|---|---|
| 1st Half | 30,202.52 | 01/10/12 | |
| 2nd Half | 30,202.51 | 05/31/12 | |

5 1306

Tax Billing Address
**KERN RICHARD & SHARON or CURRENT RESIDENT**
50 Crane Neck Rd

Setauket, NY 11733-1660

Owner as of Taxable status date of March 1, 2012
KERN RICHARD & SHARON
50 CRANE NECK RD
SETAUKET NY 11733

| Levy Description | District Taxable Value | District Tax Amount | Prior Year % Change | Exempt Code | Taxable Value Adjusted by Exemption | Tax Rate Per $100 | Tax Amount |
|---|---|---|---|---|---|---|---|
| **SCHOOL TAX** | | **81.77 %** of total bill | | | **School Tax Amount** | | **50,402.73** |
| SCHOOL DIST - THREE VILLAGE CSD | 56,054,699 | 116,603,730.68 | 3.00 | | 21,000 | 231.216 | 48,555.36 |
| LIBRARY DIST - THREE VILLAGE CSD | 56,054,699 | 4,931,134.29 | 1.90 | | 21,000 | 8.797 | 1,847.37 |
| **COUNTY TAX** | | **12.89 %** of total bill | | | **County Tax Amount** | | **7,943.46** |
| COUNTY OF SUFFOLK | 458,356,586 | 13,104,443.70 | -1.30 | | 21,000 | 2.859 | 600.39 |
| COUNTY OF SUFFOLK - POLICE | 458,356,586 | 160,273,576.21 | 2.60 | | 21,000 | 34.967 | 7,343.07 |
| **TOWN TAX** | | **2.21 %** of total bill | | | **Town Tax Amount** | | **1,359.12** |
| TOWN GENERAL - TOWN WIDE FUND | 458,388,289 | 16,905,375.99 | -17.30 | | 21,000 | 3.688 | 774.48 |
| HIGHWAY - TOWN WIDE FUND | 458,388,289 | 12,761,529.69 | 7.50 | | 21,000 | 2.784 | 584.64 |
| **OTHER TAX** | | **3.13 %** of total bill | | | **Other Tax Amount** | | **1,930.95** |
| NEW YORK STATE MTA TAX | 458,356,586 | 100,856.52 | 3.40 | | 21,000 | 0.152 | 31.92 |
| $100M BOND ACT OF 2004 | 458,388,289 | 7,302,160.27 | 0.40 | | 21,000 | 1.593 | 334.53 |
| REAL PROPERTY TAX LAW | 458,356,586 | 32,089,556.89 | -18.50 | | 21,000 | 7.001 | 1,470.21 |
| OUT OF COUNTY TUITION TAX | 458,356,586 | 2,058,051.47 | -1.30 | | 21,000 | 0.449 | 94.29 |

*SECOND NOTICE*

| First Half Tax | 30,818.13 | Second Half Tax | 30,818.13 | Total Tax | 61,636.26 |
|---|---|---|---|---|---|
| Due December 1, 2012. Payable without penalty to January 10, 2013. See reverse side for penalty schedule. | | Due December 1, 2012. Payable without penalty to May 31, 2013. See reverse side for penalty schedule and County Treasurer's Notice. | | This total tax may be paid in one or two installments. | |

HE TAXES ON YOUR PROPERTY HAVE NOT BEEN PAID. IF THE TAXES SHOULD HAVE BEEN PAID THROUGH A REAL PROPERTY AX ESCROW ACCOUNT, PLEASE NOTIFY THE HOLDER OF THE ACCOUNT IMMEDIATELY THAT THE TAXES HAVE NOT YET BEEN PAI

---- When Paying by mail, detach for 2nd Half Payment (Return both stubs for Total Payment) ----

Total Tax
61,636.26

**Town of Brookhaven**
2012 - 2013 Tax Levy
**Make Funds Payable To: Louis J. Marcoccia, Receiver of Taxes**

ITEM 86-19250 5

Second Payment ( )
Due December 1, 2012
Payable without penalty to May 31, 2013. May be paid with first payment.

Please Do Not Staple Checks to Bills
Write item number on check. Mail Stub with Payment.

Owner as of Taxable status date of March 1, 2012
KERN RICHARD & SHARON
50 CRANE NECK RD
SETAUKET NY 11733

Tax Billing Address
KERN RICHARD & SHARON
50 Crane Neck Rd
Setauket, NY 11733-1660

| Second Payment | |
|---|---|
| 30,818.13 | |
| Full Payment | Pay By |
| 61,636.26 | 1/10/13 |
| 61,944.44 | 2/10/13 |
| 62,252.62 | 3/10/13 |
| 62,560.80 | 4/10/13 |
| 62,868.99 | 5/10/13 |
| 63,177.17 | 5/31/13 |

Payor _____
Phone _____     861925052

---- When Paying by mail, detach for 1st Half Payment (Return both stubs for Total Payment) ----

**Town of Brookhaven**
2012 - 2013 Tax Levy
**Make Funds Payable To: Louis J. Marcoccia, Receiver of Taxes**

ITEM 86-19250 5

First Payment ( )
Due December 1, 2012
Payable without penalty to January 10, 2013.

Please Do Not Staple Checks to Bills
Write item number on check. Mail Stub with Payment.

Owner as of Taxable status date of March 1, 2012
KERN RICHARD & SHARON
50 CRANE NECK RD
SETAUKET NY 11733

Tax Billing Address
KERN RICHARD & SHARON
50 Crane Neck Rd
Setauket, NY 11733-1660

| First Payment | Pay By |
|---|---|
| 30,818.13 | 1/10/13 |
| 31,126.31 | 2/10/13 |
| 31,434.49 | 3/10/13 |
| 31,742.67 | 4/10/13 |
| 32,050.86 | 5/10/13 |
| 32,359.04 | 5/31/13 |

Payor _____
Phone _____     861925051