UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                    Chapter 11

ADVANCED CHIMNEY, INC.,                                   Case No.: 14-73667-ast

                     Debtor.
--------------------------------------------------------x

## ORDER APPROVING
## INTERIM FEE APPLICATION OF WEISMAN & COMPANY, C.P.A.

Upon consideration of the Application for Allowance of Interim Compensation of Weisman & Company, C.P.A. ("Weisman"), Accountants for the Debtor, for the period from August 7, 2014 through November 21, 2014 [dkt item 24] (the "Application"); and a hearing having been held before this Court to consider the Application on February 4, 2015; and due notice having been given pursuant to the Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and after due deliberation and sufficient good cause appearing therefor, it is hereby:

**ORDERED**, that the Application is granted on an interim basis as set forth herein; and it is further

**ORDERED**, that Weisman is awarded and allowed compensation in the sum of $17,091.25 on an interim basis; and it further

**ORDERED**, that the Debtor is authorized to pay eighty percent (80%) of the fee awarded above and hold back twenty percent (20%) of the fee awarded above.



**Dated: February 6, 2015**
      **Central Islip, New York**                               **Alan S. Trust**
                                                               **United States Bankruptcy Judge**