B6F (Official Form 6F) (12/07)

In re   **Advanced Chimney, Inc.**                              Case No.   **8-14-73667**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>408 East 73 Street Housing Corp<br>408 East 73rd St.<br>New York, NY 10021 | - | | For Noticing Purpose Only<br>Re: Greater New York Mutual Insurance Company (111190/2011) | | | | 0.00 |
| Account No.<br><br>Allstate Indemnity Company a/s/o Joseph Marcario<br>2775 Sanders Road F9<br>Northbrook, IL 60062 | - | | Lawsuit (030697/2015) | | | | 35,058.04 |
| Account No.<br><br>Carman, Callahan & Ingham, LLP<br>266 Main Street<br>Farmingdale, NY 11735 | - | | For Noticing Purpose Only<br>Re: Liberty Mutual Insurance Company a/s/o Wanda D. Queen (51701/2014) | | | | 0.00 |
| Account No.<br><br>CastlePoint Insurance Co.<br>120 Broadway<br>30th Floor<br>New York, NY 10271 | - | | Lawsuit (151688/2014) | X | X | X | 6,635.04 |
| **6** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 41,693.08 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Advanced Chimney, Inc.** , Case No. **8-14-73667**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 339313<br><br>Cozen O'Conner<br>45 Broadway<br>16th Floor<br>New York, NY 10006 | | - | For Noticing Purpose Only<br>Re: State Farm Fire and Casualty Company a/s/o Suzanne Agurkis (13-CV-4608) | | | | 0.00 |
| Account No.<br><br>Direct Advantage<br>Tri-State Media Direct<br>PO Box 932<br>Deer Park, NY 11729 | | - | | | | | 54,834.56 |
| Account No.<br><br>Douglas Derksen<br>35 Terrace Lane<br>Patchogue, NY 11772 | | - | For Noticing Purpose Only<br>Re: Faroud Neezamoodeen (501851/2014) | | | | 0.00 |
| Account No.<br><br>Faroud Neezamoodeen<br>147 Highland Place<br>Brooklyn, NY 11208 | | - | Lawsuit (501851/2014) | X | X | X | Unknown |
| Account No.<br><br>Final Demand Department<br>2201 Renaissance Blvd<br>King of Prussia, PA 19406 | | - | For Noticing Purpose Only<br>Re: hibu Inc. - Mid Atlantic | | | | 0.00 |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **54,834.56**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advanced Chimney, Inc.**  
Debtor

Case No. **8-14-73667**

## AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Gertzman, Lefkowitz & Burman<br>80 Broad St.<br>16th Floor<br>New York, NY 10004 | - | | For Noticing Purpose Only<br>Re: Greater New York Mutual Insurance Company (111190/2011) | | | | 0.00 |
| Account No.<br><br>Gertzman, Lefkowitz & Burman<br>80 Broad St.<br>16th Floor<br>New York, NY 10004 | - | | For Noticing Purpose Only<br>Re: Greater New York Mutual Insurance Company (016433/2013) | | | | 0.00 |
| Account No.<br><br>Greater New York Mutual Insurance Company<br>200 Madison Avenue<br>New York, NY 10016 | - | | Lawsuit (111190/2011) | X | X | X | 157,159.43 |
| Account No.<br><br>Greater New York Mutual Insurance Company<br>200 Madison Avenue<br>New York, NY 10016 | - | | Lawsuit (016433/2013) | X | X | X | Unknown |
| Account No.<br><br>hibu Inc. - Mid-Atlantic<br>PO Box 11815<br>Newark, NJ 07101-8115 | - | | | | | | 6,612.40 |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **163,771.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advanced Chimney, Inc.**                           Case No. __8-14-73667__
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Joseph Marcario<br>30 Soluri Lane<br>Tomkins Cove, NY 10986 | - | | For Noticing Purpose Only<br>Re: Allstate Indemnity Company (030697/2015) | | | | 0.00 |
| Account No.<br><br>Law Offices of<br>Stuart D. Markowitz, P.C.<br>575 Jericho Turnpike<br>Suite 210<br>Jericho, NY 11753 | - | | For Noticing Purpose Only<br>Re: State Farm Fire and Casualty Company (17787/2013) | | | | 0.00 |
| Account No. 0271884082.1<br><br>Law Offices of John Trop<br>Attn: Eric G. Fendt, Esq.<br>73 Market Street<br>Suite 375<br>Yonkers, NY 10710 | - | | For Noticing Purpose Only<br>Re: Allstate Indemnity Company (030697/2015) | | | | 0.00 |
| Account No.<br><br>Liberty Mutual Insurance Company<br>5050 W. Tilghman St.<br>Suite 200<br>Allentown, PA 18104 | - | | Lawsuit (51701/2014) | X | X | X | 69,329.74 |
| Account No.<br><br>Lifetime Chimney Supply<br>132 Dupont Street<br>Plainview, NY 11803 | - | | | | | | 96,840.53 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **166,170.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advanced Chimney, Inc.**   Case No. __8-14-73667__
                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mallilo & Grossman<br>163-09 Northern Boulevard<br>Flushing, NY 11358 | - | | For Noticing Purpose Only<br>Re: Faroud Neezamoodeen (501851/2014) | | | | 0.00 |
| Account No.<br><br>Migdalia Rivera<br>13 South 12th Ave.<br>Mount Vernon, NY 10550 | - | | For Noticing Purpose Only<br>Re: CastlePoint Insurance Co. (151688/2014) | | | | 0.00 |
| Account No.<br><br>State Farm Fire and Casualty Company<br>2702 Ireland Grove Road<br>Bloomington, IL 61709 | - | | Lawsuit (13-CV-4608) | X | X | X | 186,602.52 |
| Account No.<br><br>State Farm Fire and Casualty Company<br>1 State Farm Plaza<br>Bloomington, IL 61710 | - | | Lawsuit (17787/2013) | X | X | X | 7,368.49 |
| Account No.<br><br>Steven Sherman<br>735 Decatur Street<br>Brooklyn, NY 11233 | - | | For Noticing Purpose Only<br>Re: State Farm Fire and Casualty Company (17787/2013) | | | | 0.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **193,971.01**

Case 8-14-73667-ast   Doc 34   Filed 03/30/15   Entered 03/30/15 14:14:05

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advanced Chimney, Inc.**  
Debtor

Case No. **8-14-73667**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Suzanne Agurkis<br>60 Marlboro Road<br>Valley Stream, NY 11581 | - | | For Noticing Purpose Only<br>Re: State Farm Fire and Casualty Company<br>(13-CV-4608) | | | | 0.00 |
| Account No.<br><br>The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | - | | 2012-2013<br>Workers Compensation Audit | | | | Unknown |
| Account No. 13-00316<br><br>The Norych Group Inc.<br>210 N University Drive<br>Suite 802<br>Coral Springs, FL 33071 | - | | For Noticing Purpose Only<br>Re: CastlePoint Insurance Company<br>(151688/2014) | | | | 0.00 |
| Account No.<br><br>Wanda D. Queen<br>20 Maplewood Road<br>Hartsdale, NY 10530 | - | | Lawsuit (SC-000413-14/IS) | X | X | X | 5,000.00 |
| Account No.<br><br>Wanda D. Queen<br>20 Maplewood Road<br>Hartsdale, NY 10530 | - | | For Noticing Purpose Only<br>Re: Liberty Mutual Insurance Company<br>(51701/2014) | | | | 0.00 |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **5,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Advanced Chimney, Inc.**                             Case No.  **8-14-73667**
                          Debtor

## AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. T1263<br><br>Wenig & Wenig, Esqs.<br>150 Broadway<br>Suite 911<br>New York, NY 10038 | | - | For Noticing Purpose Only<br>Re: CastlePoint Insurance Co. (151688/2014) | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **625,440.75**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of New York

In re   **Advanced Chimney, Inc.**,   Debtor

Case No.  **8-14-73667**

Chapter  **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 81,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 625,440.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| | | Total Assets | 81,000.00 | | |
| | | | Total Liabilities | 625,440.75 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Advanced Chimney, Inc.**                                                                Case No. __8-14-73667__
                                                      Debtor

                                                                                                  Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

**United States Bankruptcy Court**
Eastern District of New York

| In re | Advanced Chimney, Inc. | | Case No. | 8-14-73667 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: _____

**/s/ Michael Steeneck**
**Michael Steeneck/President**
Signer/Title

Date: _____

**/s/ Michael J. Macco**
Signature of Attorney
**Michael J. Macco**
**Macco and Stern, LLP**
**135 Pinelawn Rd**
**Suite 120 South**
**Melville, NY 11747**
**631-549-7900   Fax: 631-549-7845**

Allstate Indemnity
Company a/s/o
Joseph Marcario
2775 Sanders Road F9
Northbrook, IL 60062


Allstate Indemnity
Company a/s/o
Joseph Marcario
3075 Sanders Road H1A
Northbrook, IL 60062


Joseph Marcario
30 Soluri Lane
Tomkins Cove, NY 10986


Law Offices of John Trop
Attn: Eric G. Fendt, Esq.
73 Market Street
Suite 375
Yonkers, NY 10710


The Hartford
PO Box 660916
Dallas, TX 75266-0916