UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:

    Advanced Chimney, Inc.,

                              Debtor
------------------------------------------------------------ x

Case No. 14-73667 (AST)

Chapter 11

## ORDER EXTENDING TIME TO CONFIRM A PLAN OF REORGANIZATION PURSUANT TO BANKRUPTCY CODE §§ 1121(e)(3) AND 1129(e)

Upon the motion (the "Motion") of Advanced Chimney, Inc. (the "Debtor"), the above-referenced debtor and debtor-in-possession, by and through its attorneys, Macco & Stern, LLP, for an order extending the time to confirm a plan of reorganization pursuant to §§ 1121(e)(3) and 1129 of title 11 of the United States Code (the "Bankruptcy Code"); and the affidavit of service, on file with the Court; and no additional service being necessary nor required; and no objections to the relief requested in the Motion or this Order having been filed or received; and good and sufficient cause appearing; and it being in the best interests of the Debtor's creditors and estate; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that, pursuant to Bankruptcy Code §§ 1121 and 1129, the time for the Debtor to confirm the Plan, filed May 4, 2015, is hereby extended to and including August 3, 2015.



**Dated: June 16, 2015**
      **Central Islip, New York**

_____
      **Alan S. Trust**
**United States Bankruptcy Judge**