UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:

    Advanced Chimney, Inc.,

                                       Debtor
-------------------------------------------------------------- x

Case No.: 14-73667-AST

Chapter 11
(Small Business)

## ORDER CONFIRMING PLAN

An Amended Plan of Reorganization (the "Plan"), dated June 3, 2015, under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") having been filed on June 3, 2015 [dkt item 46], by Advanced Chimney, Inc. (the "Debtor"), the above-captioned debtor and debtor-in-possession, by and through its counsel, Macco & Stern, LLP; and copies of the Plan having been served upon all creditors, equity security holders, and other parties in interest; and the Debtor being a small business; and it having been determined after a hearing on notice that the requirements for confirmation set for in Bankruptcy Code §1129 have been satisfied; it is hereby

**ORDERED**, that the Amended Plan of Reorganization, dated June 3, 2015 and filed by Advanced Chimney, Inc., on June 3, 2015 [dkt item 46], is confirmed.



_____

**Dated: July 16, 2015**
      **Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**