Lanny J. Weisman, CPA
200 Parkway Dr. So., Ste.302
Hauppauge, New York 11788
(631) 870-3910

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

ADVANCED CHIMNEY, INC.
                              Debtor.
------------------------------------------------------------X

Chapter 11
Case No.: 8-14-73667-ast

APPLICATION FOR FINAL
ALLOWANCES FOR DEBTOR'S
ACCOUNTING SERVICES

TO:    THE HONORABLE ALAN S. TRUST
         UNITED STATES BANKRUPTCY
         JUDGE

        As the Accountant for the Debtor herein, Weisman & Company, C.P.A. respectfully moves this court for an allowance of compensation for services rendered, and represents as follows:

## INTRODUCTION

        1 – Lanny J. Weisman is a member of the firm of Weisman & Company, C.P.A.

        2 – All of the professional services for which compensation is requested were rendered in connection with this case.

        3 – No services for which compensation is requested were rendered on behalf of any person, persons or entities other than the Debtor herein.

        4 – In order to clearly inform the Court of the extent, detail and complexity of services rendered, and for the Court to have an overall picture of Applicant's activities on behalf of the Debtor, Applicant has set forth the details of the services of this firm in summary fashion. It is intended that this application will merely supplement the Courts own knowledge of this case and should not be considered an itemized statement of Applicant's services.

        5 – Applicant makes this application for allowances of reasonable compensation for the professional services rendered by this firm as Accountants of the Debtor in this proceeding.

6 – The professional services for which allowances are sought by Applicant were rendered by Weisman & Company, C.P.A., Accountants for the Debtor and on their behalf.

7 – Since the time Weisman & Company, C.P.A. was requested to undertake and represent the Debtor, and pursuant to a written retainer agreement, it was agreed that an hourly rate of $275.00 would be charged for each hour of services rendered by members of the firm, $165.00 for each hour of services rendered by associate accountants of the firm and $105.00 for each hour of clerical time rendered. It was further contemplated that additional fees and costs would certainly be due to Weisman & Company, C.P.A. as the case progressed, but that any subsequent payments would be paid by the Debtor to the firm only after proper application for allowances to the Bankruptcy Court.

8 – Applicant has prepared records of its time in the rendition of all professional services that were required on behalf of the Debtor. The firm's time records conform with the performance of the professional services rendered and those records attached to this application as Exhibit "A".

9 – Applicant has brought his experience and knowledge to this action, which was necessary in providing adequate accounting to the Debtor. Whenever possible, associate time was used for certain services to keep billable hours to a minimum and all associate work was performed under the supervision of Applicant.

10 – The services for which compensation is sought herein were substantially performed by Lanny J. Weisman, CPA and associate accountant Maria Scalabrino, CPA.

11 – The Court should be advised that while the following information is an overview of what transpired in this case, the information is only intended to be brief and explanatory while not burdening the Court with the day to day details of the case.

12 – The notice of hearing on this fee application was duly served on all known creditors and parties in interest including the United States Trustee, as more fully set forth in the annexed affidavit of service.

## Background Information

13 – The Debtor is a New York corporation primarily engaged in business as a chimney maintenance and repair company.

14 – On August 07, 2014 the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. ("Bankruptcy Code").

15 – The Debtor operates its business from certain leased premises at 710-1 Union Parkway, Ronkonkoma, NY.

16 – The company was successful and profitable for many years prior to filing for bankruptcy protection.

17 – The primary reason the Debtor required the protection of the Bankruptcy Court was due to certain alleged actions and omissions of the Debtor's prior accountant caused by his mishandling of an issue with the taxing authorities that caused the assessment of a tax liability of several hundred thousand dollars that the Debtor maintains was not appropriate or warranted under the circumstances.

## SUMMARY

18 – With Applicant's accounting and guidance, Advanced Chimney, Inc. has been engaged in a process of aggressively trying to resolve issues with the taxing authorities. Applicant anticipates that the Debtor's first Amended Chapter 11 Plan will prove feasible and allow Advanced Chimney, Inc. to continue to operate its business.

19 – Applicant's efforts have greatly improved the Debtor's financial condition and the net benefit to the Debtor has been substantial. The approaching final results of this case have been accomplished without significant prejudice to the numerous creditors.

20 – This case has been labor intensive and time consuming to date as numerous office and telephone conferences with the Debtor, his attorneys and in house accounting staff was necessary to achieve the results as successfully as has been managed in the case. The applicant has been intensely involved in the monthly accounting responsibilities such as account

reconciliation and analysis and preparation of the required operating reports required to be filed with the court. Applicant has analyzed creditor's claims for accuracy, reviewed and negotiated with various taxing authorities as well as having prepared various budgets, projections and feasibility studies.

21 – Applicant respectfully submits that the time records provided by Weisman & Company, C.P.A. demonstrate an accurate representation of the time expended in this matter. However, due to the duration and complexity of this case certain correspondence and telephone communications are not necessarily reflected in the time records. Actual time expended in this case therefore, exceeds the time reflected in the time records annexed hereto, but no request for this additional compensation is sought for these unrecorded hours. It is submitted that based on the anticipated successful results obtained by Applicant on behalf of the Debtor and together with the duration and expenses of this case, that the amount requested by Applicant is very reasonable and that the time records reflect work, labor and services rendered in a timely and efficient manner.

22 – This is the second and final fee application. Applicant has reviewed the time and disbursement records with the Debtor. The Debtor has no objection to the results obtained in the case by Weisman & Company, C.P.A. thus far and have expressed their complete satisfaction with the representation provided by this firm to date. Debtor has agreed that Applicant should at this time receive full reimbursement of all disbursements and full payment for all time expended in this matter to date. Debtor believes that the amount of compensation due to Weisman & Company, C.P.A. for the accounting fees portion of the bill is properly set forth in the time records, and that sum properly reflects the actual sum due and owing

to Weisman & Company, C.P.A. Both the Debtor and Applicant believe payment of the full outstanding amount at this time will not place an undue burden on the Debtor.

23 – Based on the foregoing, Applicant acknowledges a prior payment and requests on behalf of the firm a final allowance of accounting fees in the sum of **$27,294.30** for services rendered as being reasonable and necessary given the services provided and the net results achieved in this matter to date.

WHEREFORE, Applicant respectfully requests that this Court enter an Order awarding accounting fees to Weisman & Company, C.P.A., Accountant for the Debtor for services rendered in the sum of $27,294.30 together with such other and further relief as this Court deems just and proper under the circumstances.

Dated:  Hauppauge, New York
        August 6, 2015

                                            Weisman & Company, CPA
                                            Accountant for Debtors

                                    By:     Lanny J. Weisman, CPA
                                            200 Parkway Dr. So., Ste. 302
                                            Hauppauge, NY 11788

# Weisman + Co., C.P.A.
## Schedule Of Time Billing
## Advanced Chimney, Inc.
Chapter 11
Case # 8-14-73667-ast

**EXHIBIT A**
**Page 1**

| Date | Work Performed | PARTNER HOURS | STAFF HOURS |
|---|---|---|---|
| 12/11/14 | Field Work For Nov and sales tax work | | 4.00 |
| 12/12/14 | Field Work For Nov and Bank Rec | | 3.50 |
| 12/13/14 | Load QB Files and File Sales Tax Returns | | 1.25 |
| 12/16/14 | Print Out Reports | | 0.50 |
| 12/16/14 | Nov Bankruptcy Mor Work | | 1.00 |
| 12/17/14 | Nov Bankruptcy Mor Work | | 2.00 |
| 12/17/14 | Meet With Maria And Discuss The Monthly Bankruptcy Report | 0.85 | |
| 12/18/14 | Bankruptcy-Finanlize Mor And send Reports | | 1.75 |
| | **December Sub Total:** | **0.85** | **14.00** |
| 01/13/15 | Download Needed Payroll Infor | | 0.25 |
| 01/15/15 | Set Up Bankruptcy Profoma | | 1.25 |
| 01/15/15 | Discussion With Maria | 0.75 | |
| 01/16/15 | Monthly Visit Complete Open W/U Work and Bank Rec | | 6.75 |
| 01/17/15 | Monthly Sales Tax Return | | 0.75 |
| 01/17/15 | Some Year End Closing Spreadsheets | | 1.00 |
| 01/17/15 | Monthly Bankruptcy Package For Dec | | 4.75 |
| 01/18/15 | Finalize Dec Mor Bankruptcy Package | | 1.25 |
| 01/23/15 | 1099/1096 Prep | | 0.50 |
| 01/31/15 | Download And Print Jan Payroll | | 0.35 |
| | **January SUB TOTAL:** | **0.75** | **16.85** |
| 02/03/15 | Email Client Followup List Of Items For Y/E | | 0.25 |
| 02/04/15 | W/C Issues Of No Insurance With Mike | 0.75 | |
| 02/05/15 | Locate/Scan & Email Copy Of Inc. Eeec | | 0.25 |
| 02/101/5 | Bankruptcy Work And Response To US Trustee | | 1.25 |
| 02/10/15 | Meeting With Maria About Banruptcy Report | 0.75 | |
| 02/13/15 | Telephone Call With Mike | 0.20 | |
| 02/14/15 | QB Xfer File and Y/E Pri Gatherings | | 0.25 |
| 02/16/15 | Gather Items For Visit | | 0.25 |
| 02/17/15 | Bankruptcy Work-Profoma Mor Spreedsheets | | 0.75 |
| 02/17/15 | Y/E Closing Work | | 1.00 |
| 02/18/15 | Visit Client-Bankruptcy Work In Field | | 0.25 |
| 02/18/15 | Bankruptcy-Upload Latest QB And Cont Work | | 2.00 |
| 02/18/15 | Visit Client Site,Load Last Changes And Work On Jan | | 5.00 |
| 02/19/15 | Monthly Sales Tax Filing And email Client | | 0.50 |
| 02/19/15 | Bankruptcy Report | | 3.50 |
| 02/19/15 | Meeting With Maria Re Bankruptcy Report | 0.50 | |
| 02/20/15 | Gather Part Information G/L Audit | | 0.25 |

8/6/2015

**Weisman + Co., C.P.A.**  
**Schedule Of Time Billing**  
**Advanced Chimney, Inc.**  
Chapter 11  
Case # 8-14-73667-ast

EXHIBIT A  
Page 2

| Date | Work Performed | PARTNER HOURS | STAFF HOURS |
|---|---|---|---|
| 02/25/15 | Bankruptcy Work And Make Additional Adj For Jan Mor | | 0.25 |
| | **February SUB TOTAL:** | **2.20** | **15.75** |
| 03/04/15 | Telephone Call With Mike Re W/C | 0.50 | |
| 03/06/15 | Telephone Call Laura | 0.25 | |
| 03/12/15 | Couple Of Calls And Good Standing Letter | | 0.20 |
| 03/13/15 | Extension Work | | 0.50 |
| 03/13/15 | Final audit gatherings & email to auditor | | 0.75 |
| 03/16/15 | Set Up QB Change File Copy Orginlas To Return | | 1.00 |
| 03/16/15 | Telephone Call | 0.10 | 2.50 |
| 03/16/15 | Tax Extensions | 0.10 | 3.50 |
| 03/17/15 | Monthly Work At Client | | 6.00 |
| 03/18/15 | Bankruptcy Work For Feb Package | | 4.25 |
| 03/18/15 | Load Latest QB Quarterly Saes Tax Return | | 1.25 |
| 03/18/15 | Hartford W/C Audit Update Information | 0.50 | |
| 03/20/15 | Review Submitted WC Audit From Tower Ins | | 0.75 |
| 03/21/15 | Research & Respond To Client Email Questions | | 0.50 |
| 03/23/15 | Closing W/P's | | 2.25 |
| 03/24/15 | Closing W/P's Barter Activity Summary | | 1.75 |
| 03/25/15 | Closing W/P's | | 1.50 |
| 03/26/15 | Closing W/P's | | 0.75 |
| 03/26/15 | Emails and review FC Items | | 0.12 |
| 03/27/15 | Finalize Work On Closing W/P's | | 2.00 |
| 03/27/15 | Closing Work | 0.75 | |
| 03/28/15 | Closing Work | 0.25 | |
| 03/30/15 | Tax Returns | 1.00 | |
| | **March SUB TOTAL:** | **3.45** | **29.57** |
| 04/14/15 | Enter YE AJE's to QB copy Orginals | | 1.50 |
| 04/16/15 | Monthly Field Visit, March Work And Sales Tax | | 6.50 |
| 04/17/15 | Load Latest QB, Finalize W/U Adjustments | | 1.50 |
| 04/17/15 | Bankruptcy Work-Extra Tome Due to Tax Return | | 4.00 |
| 04/18/15 | Bankruptcy Work-Extra Tome Due to Tax Return | | 3.00 |
| 04/21/15 | Bankruptcy Related-Research Into New Request | | 1.00 |
| 04/24/15 | Prep OS114 And Mail To Client | | 0.50 |
| 04/27/15 | Bankruptcy Work on 5 year Projection Financials | | 6.00 |
| 04/29/15 | Bankruptcy Work on 5 year Projection Financials | | 3.50 |

# Weisman + Co., C.P.A.
# Schedule Of Time Billing
# Advanced Chimney, Inc.

Chapter 11
Case # 8-14-73667-ast

**EXHIBIT A**
**Page 3**

| Date | Work Performed | PARTNER HOURS | STAFF HOURS |
|---|---|---|---|
| 04/29/15 | Bankruptcy Work And Discussions With Maria | 1.00 | |
| 04/30/15 | Bankruptcy Work-Finalize FS & July 14 | | 1.25 |
| | **April SUB TOTAL:** | **1.00** | **28.75** |
| 05/01/15 | Bankruptcy Work-Scan & Email 5 Year Projections | | 0.25 |
| 05/01/15 | Letter To NYC Rew Notice Received | | 0.50 |
| 05/12/15 | Prep For Visit Copy/Scan | | 1.00 |
| 05/14/15 | Prep For Visit Day | | 0.75 |
| 05/15/15 | Field Visit For All April Work, File Monthly Sales Tax | | 5.75 |
| 05/17/15 | Bankruptcy-April Package Work On Excell Sheets | | 2.50 |
| 05/18/15 | Load Both Files after Visit, Finish Up April | | 0.50 |
| 05/18/15 | Bankruptcy Work -Finalize and Send Out Monthly Report | | 1.50 |
| | **May SUB TOTAL:** | **0.00** | **12.75** |
| 06/01/15 | Send E-file Authorizations to Laura | 0.40 | |
| 06/10/15 | W/C Audit With The Hartford Follow Up | 1.00 | |
| 06/15/15 | Prep For Visit, Copy Orginals Make QB Transfer | | 1.50 |
| 06/16/15 | Telephone Call With Mike Relating To M.M | 0.75 | |
| 06/16/15 | Telelphone Call With Mike Macco & Mike Re; NYS | 0.75 | |
| 06/17/15 | Field Visit For Monthly Work | | 6.50 |
| 06/17/15 | Bankruptcy Work For Mor Package | | 2.00 |
| 06/18/15 | Load Latest QBH,Additional ADJ Added | | 1.50 |
| 06/18/15 | Bankruptcy Work-Finalize MOR Package | | 2.00 |
| 06/18/15 | Meeting With Maria-Bankruptcy Report | 0.65 | |
| 06/18/15 | POA For Mike And Advanced Relating To Salary | 0.50 | |
| 06/30/15 | Telelphone Call With NYS For Mike | 1.50 | |
| | **June SUB TOTAL:** | **5.55** | **13.50** |
| 07/14/15 | Prep For Visit Copy Orginals Download ADP | | 0.35 |
| 07/15/15 | Prep CT OS114 Return | | 0.50 |
| 07/15/15 | Bankruptcy-Proforma Excel Workbook & Saet Up | | 0.50 |
| 07/16/15 | Monthly Visit, Merge QB, Bank Rec Work | | 5.25 |
| 07/17/15 | Load New QB, Finalize June Work | | 0.50 |
| 07/17/15 | Bankruptcy Work For Mor Package | | 3.50 |
| 07/17/15 | Sales Tax Return | | 0.50 |

8/6/2015

**Weisman + Co., C.P.A.**
**Schedule Of Time Billing**
**Advanced Chimney, Inc.**
Chapter 11
Case # 8-14-73667-ast

EXHIBIT A
Page 4

| Date | Work Performed | PARTNER HOURS | STAFF HOURS |
|---|---|---|---|
| 07/29/15 | Look Into W/W Call to Client | | 0.15 |
| 06/18/15 | Meeting With Maria-Bankruptcy Report | | |
| 06/18/15 | POA For Mike And Adevanced Relating To Salary | | |
| 06/30/15 | Telelphone Call With NYS For Mike | | |
| | July SUB TOTAL: | 0.00 | 11.25 |
| | TOTAL HOURS: | 13.80 | 142.42 |
| | HOURLY BILLING RATES: | $275.00 | $165.00 |
| | TOTAL BILLABLE: | $3,795.00 | $23,499.30 |
| | BALANCE DUE: | $27,294.30 | |

8/6/2015