**Macco & Stern LLP**
*Attorneys for the Debtor-in-Possession*
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
(631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

       Advanced Chimney, Inc.

                         Debtor
-----------------------------------------------------------------x

Case No. 14-73667 (AST)

Chapter 11

## SUMMARY SHEET FOR FIRST AND FINAL
## APPLICATION FOR COMPENSATION TO DEBTOR'S COUNSEL

Applicant:                          Macco & Stern, LLP

Name of Client:                     Advanced Chimney, Inc.

Application Period:                 August 7, 2014 through August 7, 2015

Total Compensation Sought:          $41,192.00

Total Expense Sought:               $2,643.50

Petition Date:                      August 7, 2014

Retention Date:                     August 7, 2014

Order Approving Employment:         November 19, 2014

1

## SUMMARY OF ATTORNEY TIMEKEEPERS
## INCLUDED IN THIS FEE APPLICATION

| Name | Title | Year Admitted | Hourly Rate | Hours Billed | Fees Billed |
|------|-------|---------------|-------------|--------------|-------------|
| Michael J. Macco | Partner | 1981 | $495.00 | 56.5 | $27,967.50 |
| Richard L. Stern | Partner | 1978 | $495.00 | 1.00 | $495.00 |
| Peter Corey | Senior Associate | 2002 | $395.00 | 3.00 | $1,185.00 |
| Cooper J Macco | Junior Associate | 2013 | $295.00 | 26.6 | $7,847.00 |
| Patrick Biggins | Paralegal | N/A | $125.00 | 5.4 | $675.00 |
| Carol Smith | Paralegal | N/A | $125.00 | 12.3 | $1,537.50 |
| **BLENDED HOURLY RATE** | | | **$378.88** | | |

**Macco & Stern LLP**
*Attorneys for the Debtor-in-Possession*
135 Pinelawn Road, Suite 120 South
Melville, NY 11747
(631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:

        Advanced Chimney, Inc.

                        Debtor
-------------------------------------------------------------- x

Case No. 14-73667 (AST)

Chapter 11

## FIRST AND FINAL APPLICATION
## FOR COMPENSATION TO DEBTORS' COUNSEL

        Macco & Stern, LLP (the "Applicant"), as attorneys for Advanced Chimney, Inc. (the "Debtor"), the above-referenced debtor and debtor-in-possession, move this Court for first and final allowance of compensation and reimbursement of expenses for services rendered and represents as follows:

### INTRODUCTION

        1.     Michael J. Macco, Esq., is a member of the Applicant, is duly admitted to practice law before this Court, and authorized to submit this application for allowances (the "Application") on behalf of the Applicant.

        2.     Members of the Applicant have been practicing law for over thirty (30) years each, and have specialized in insolvency proceedings for almost that same period. Applicant's members have participated in seminars before the New York County, Nassau County, Suffolk County, New York City and Brooklyn Bar Associations, the United States Trustee Program, St. John's Law School, Touro Law School, and other professional groups on many relevant subjects, including creditor's rights, insolvency and bankruptcy.

1

3.     Applicant has acted in other insolvency cases as the Trustee, Attorneys for the Trustee, Attorneys for the Debtor, Attorneys for the Debtor-In-Possession, Attorneys for secured creditors, and Attorneys for the Official Committee of Unsecured Creditors.  By reputation and experience, Applicant is well-versed in many areas of bankruptcy practice.

4.     All professional services for which compensation is requested were rendered in connection with this case.

5.     No services for which compensation is requested were rendered on behalf of any person, persons or entities other than the Debtor herein.

6.     In order to clearly inform the Court of the extent, detail and complexity of the services rendered, and for the Court to have an overall picture of Applicant's activities on behalf of the Debtor, Applicant has set forth the details of the services of this firm in summary fashion. It is intended that this Application will merely supplement the Courts' knowledge of this case and should not be considered an itemized statement of Applicant's services.

7.     Applicant makes this Application for reasonable compensation for the professional services rendered by this firm as counsel to the Debtor in this proceeding and reimbursement of actual and necessary out-of-pocket disbursements incurred in the rendering of all required professional services on behalf of the Debtor.  A breakdown of the out-of-pocket disbursements incurred by Applicant is set forth in the attached **Exhibit A**.

8.     The professional services for which allowances are sought by Applicant were rendered by Macco & Stern, LLP, as attorneys for the Debtor, and on their behalf.  Prior to this application, Applicant had received an initial retainer on behalf of the Debtor to undertake representation of the Debtor in this proceeding.  Applicant received $15,000.00 as and for an

initial retainer for the Debtor, as well as an advance disbursement in the sum of $1,717.00 representing the filing fee for a Chapter 11 petition.

9.    Since that time, Applicant was requested to undertake representation of the Debtor, and pursuant to a written retainer agreement, it was agreed that hourly rates would be charged as follows: (1) $495.00 per hour for members of the Applicant; (2) $395.00 per hour for senior associates of the Applicant; (3) $295.00 per hour for junior associates of the Applicant; and (4) $125.00 per hour for paraprofessional time.    No fee application is being made for the utilization of secretarial time.    It was further contemplated that additional fees and costs would be certainly due to Macco & Stern, LLP as this case progressed, but any subsequent payments made after the initial retainer would be paid by the Debtor to the firm only after proper application for allowances was made to the Bankruptcy Court.    Based upon the services provided, the blended hourly rate for the Applicant is $378.88, which the Applicant asserts was both necessary and reasonable given the circumstances.

10.    Applicant has prepared records of its time and disbursements expended in the rendition of all professional services that were required on behalf of the Debtor.    The firm's time records conform to the performance of the professional services rendered and those records are attached to this Application as **Exhibit B**.    The Debtor is also in conformity with General Order 613 entered on June 4, 2013 by the Honorable Carla E. Craig and Section B.4 of the United States Trustee Guidelines, and has divided the work in categories in compliance therewith.

11.    Applicant's members and associates have brought experience and knowledge to this action, which was necessary in providing adequate counsel to the Debtor.    Any time Applicant spent internally conferencing this matter has not been billed.    Whenever possible,

3

associate time was used for certain services to keep billable hours to a minimum and all associate work was performed under the supervision of a member.

12.    The services for which compensation is sought were substantially performed by Michael J. Macco, Esq., a partner of Applicant, and Cooper J Macco, Esq., a junior associate of Applicant.

13.    The notice of hearing of this Application was duly served on all known creditors and parties in interest, including the Office of the United States Trustee (the "UST"), as more fully set forth in the annexed affidavit of service.

## BACKGROUND

14.    Debtor was formed under the laws of the State of New York with the purposed of performing chimney sweep and repair work.

15.    On August 7, 2014, Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

16.    On August 7, 2014, Debtor filed an application to employ the Applicant as attorneys for the Debtor.

17.    By Order, dated November 19, 2014, the Court approved the Debtor's retention of the Applicant as attorney for the Debtors, *nunc pro tunc* to August 7, 2014.

18.    On May 4, 2015, the Debtor filed a Disclosure Statement (the "Disclosure Statement") as to the Debtor's Plan of Reorganization (the "Plan").

19.    On June 3, 2015, the Debtor filed an Amended Disclosure Statement (the "Amended Disclosure Statement") as to the Debtor's Amended Plan of Reorganization (the "Amended Plan").

20.    By order (the "Disclosure Statement Order"), dated June 5, 2015, the Court approved the Amended Disclosure Statement and established voting procedures and other deadlines required to be met in order to confirm the Amended Plan.

21.    Debtor met all requirement established in the Disclosure Statement Order and the creditors of the Debtor voted to accept the Amended Plan.

22.    By order (the "Confirmation Order"), dated July 16, 2015, the Court confirmed the Amended Plan.

23.    At all times, the Debtor was authorized to operate as a debtor-in-possession under Bankruptcy Code §§1108 and 1109.  The UST did not appoint a chapter 11 trustee or examiner, and an official committee of unsecured creditors was never formed

24.    In compliance with Section B.4 of the Guidelines, Applicant has carefully distinguished among the discrete matters upon which Applicant has expended time.   A breakdown of the discrete matters upon which Applicant has expended time is annexed hereto as **Exhibit D**.

25.    The following is a brief summary of the fees expended by the Applicant during the Application Period:

> Business Operations:  Met with the Debtor's principal; reviewed business records, Uniform Commercial Code filing, and tax returns; reviewed debtor-in-possession bank account and insurance; and telephone calls and emails to various insurance carriers regarding pending litigation.

> Case Administration: Prepared, reviewed, revised and filed petition and schedules; prepared, reviewed, revised and filed Bankruptcy Rule 1017 statement; prepared, reviewed, revised and filed thirty (30) day budget; reviewed notice of deficiency; research regarding Bankruptcy Rule 1073-3; reviewed and filed monthly operating reports; and telephone conferences and emails with the Court, creditors, and other parties-in-interest regarding adjournment of hearings.

> Fee and Employment Applications and Objections: Prepared, reviewed, revised and filed application to employ Applicant as attorneys for the

5

Debtor; Prepared, reviewed, revised and filed application to employ accountant to the Debtor; Prepared, filed and served notice of hearing on accountant's first interim fee application; Prepared, reviewed, revised and filed this Application; Prepared, revised, filed and serviced notice of hearing on accountant's second and final application for compensation and reimbursement of expenses and Applicant's first and final Application.

Litigation:  Reviewed negligence actions currently pending against the Debtor before various State Courts; Reviewed automobile action currently pending against the Debtor in State Court; Reviewed Debtor's action against its insurance agent and carrier.

Claims Administration and Objections:  Served claims bar order; Prepared and filed affidavit of service of bar order; Review claims register for insurance claims based on pending State Court litigations; Review proofs of claim in preparation for Plan and Disclosure Statement; Telephone calls to claimants regarding status of claim

Meeting of Creditors:  Prepared for and attending first meeting of creditors pursuant to Bankruptcy Code §341.

Plan and Disclosure Statement:  Prepared, reviewed and revised proposed disclosure statement and plan of reorganization; confer with the UST regarding potential objections to the proposed plan and disclosure statement; incorporate UST's objections to disclosure statement and plan; prepare for and attend hearing on approval of disclosure statement; prepare amended disclosure statement and amended plan of liquidation; prepare order approving amended disclosure statement; prepare and file order approving amended disclosure statement; prepare, file, and serve copies of amended disclosure statement and amended plan on all parties-in-interest; prepare and serve ballots on creditors entitled to vote; review ballots received; prepare, file and serve certification of results voting; prepare, file, and serve Debtor's principal's proffer of direct testimony; prepare for and attend hearing on confirmation of the Plan; prepare order confirming Plan; serve order confirming Plan on all parties-in-interest.

26.    The foregoing is a summary of the work expended by the Applicant.  Parties are directed to the time sheets, annexed hereto as **Exhibit B**, for a more detailed breakdown of the work provided and the specific categories, pursuant to General Order 613 and Section B.4 of the United States Trustee Guidelines.

27.    Applicant respectfully submits that the time records provided by Macco & Stern, LLP demonstrate an accurate representation of the time expended in this matter.  However, due

to the duration and complexity of this case, certain correspondence and telephone communications are not necessarily reflected in the time records. Actual time expended in this case therefore exceeds the time reflected in the time records annexed hereto, but no request for additional compensation is sought for these unrecorded hours. It is submitted that based on the anticipated successful results obtained by Applicant on behalf of the Debtor, and together with the duration and expenses of this case, the amount requested by the Applicant is very reasonable and the time records reflect work, labor, and services rendered in a timely and efficient manner.

28.    Applicant has reviewed the time and disbursements records with the Debtor. The Debtor have no objections to the results obtained in these cases by Macco & Stern thus far and have expressed their complete satisfaction with the representation provided by this firm to date. Debtor have agreed that Applicant should receive full reimbursement of all disbursements and full payment for all time expended in this matter to date. Debtor believes that the amount of compensation due to Macco & Stern for the legal fees portion of this bill is properly set forth in the time records, and that sum properly reflects the actual sum due and owing to Macco & Stern, LLP. Both the Debtor and the applicant believe payment of the full outstanding amount at this time will not place an undue burden on the Debtor or the estates.

29.    Certain additional time has been added based on the estimated amount of attorney time approximately three (3) preparing for and appearing at the hearing on this Application. Both the Debtors and Applicant believe payment of the full outstanding amount at this time will not place an undue burden on the Debtors or the estate

30.    Based on the foregoing, the Applicant requests that an allowance of legal fees in the sum of $41,192.00 for services rendered and disbursements in the sum of $2,643.50.

31.     Applicant asserts that the fees and disbursements are both reasonable and necessary given the services provided, and the net results achieved in this matter to date. Deducting the initial legal fee retainer of $15,000.00 results in an outstanding balance of $26,192.00 and deducting the initial disbursement retainer of $1,717.00 results in an outstanding balance of $926.50.

**WHEREFORE,** Applicant respectfully requests that this Court enter an order awarding interim attorneys fees to Macco & Stern, LLP, attorneys for the Debtor, for services rendered and disbursement advances in the sums set forth above, together with such other and further relief as this Court deems just and proper under the circumstances.

Dated: August __, 2015
      Melville, NY

                                  **MACCO & STERN, LLP**
                                  Attorneys for the Debtor

By:    _____
                        Michael J. Macco
                        135 Pinelawn Road, Suite 120 South
                        Melville, New York 11747
                        (631) 549-7900

# EXHIBIT A

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/7/2014<br>4365 | Michael J. Macco<br>Filing Fee<br>Chapter 11 filing fee | 1717.00 | 1.000 | 1,717.00 | Billable |
| 8/11/2014<br>4527 | Carol Smith<br>Postage<br>postage | 612.00 | 1.000 | 612.00 | Billable |
| 3/30/2015<br>4366 | Michael J. Macco<br>Filing Fee<br>Amended Schedule | 30.00 | 1.000 | 30.00 | Billable |
| 5/28/2015<br>4367 | Michael J. Macco<br>Transcript<br>Court Transcript from Compu-Scribe | 284.50 | 1.000 | 284.50 | Billable |

| TOTAL | Billable Costs | | | | $2,643.50 |

# EXHIBIT B

MACCO & STERN, LLP
Pre-bill Worksheet

Page        1

---

Selection Criteria

---

Clie.Selection              Include: Advanced Chimney

---

| Nickname | Advanced Chimney \| 19906 |
| Full Name | Mike Steeneck |
| Address | 710-1 Union Parkway |
| | Ronkonkoma, NY 11779 |
| Phone | 631-981-0214 | Fax |
| Home | | Other | 516-315-4652 |
| In Ref To | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 7/21/2015 |
| Last payment | | Amount | $0.00 |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 7/30/2014 | Michael J. Macco | 495.00 | 0.80 | 396.00 | Billable |
| 4371 | Business Operations | | | | |
| | Meeting with Mike Steeneck. | | | | |
| 8/1/2014 | Michael J. Macco | 495.00 | 0.10 | 49.50 | Billable |
| 4505 | Business Operations | | | | |
| | Fax to debtor seeking list of creditors and litigation. | | | | |
| 8/4/2014 | Michael J. Macco | 495.00 | 0.80 | 396.00 | Billable |
| 4375 | Fee/Emp. App. & Obj. | | | | |
| | Prepared retainer, application for retention and Order. | | | | |
| 8/4/2014 | Michael J. Macco | 495.00 | 0.50 | 247.50 | Billable |
| 4372 | Litigation | | | | |
| | Reviewed litigation against debtor. | | | | |
| 8/4/2014 | Michael J. Macco | 495.00 | 2.00 | 990.00 | Billable |
| 4373 | Business Operations | | | | |
| | Reviewed business records, UCC search, litigation filing, tax returns, and started drafting petition and schedules. | | | | |
| 8/4/2014 | Patrick Biggins | 125.00 | 2.00 | 250.00 | Billable |
| 4374 | Case Administration | | | | |
| | Drafted schedules for Macco's review. | | | | |
| 8/4/2014 | Carol Smith | 125.00 | 0.10 | 12.50 | Billable |
| 4506 | Business Operations | | | | |
| | E-mail to debtor seeking more documents. | | | | |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    2

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/5/2014 4376 | Michael J. Macco<br>Case Administration<br>Prepared first draft of schedules, Rule 1017 statement, 30 day budget. | 495.00 | 2.00 | 990.00 | Billable |
| 8/6/2014 4377 | Michael J. Macco<br>Case Administration<br>Meeting with Mike Steeneck to execute petition. | 495.00 | 1.00 | 495.00 | Billable |
| 8/6/2014 4507 | Michael J. Macco<br>Business Operations<br>E-mail with documents from debtor. | 495.00 | 0.30 | 148.50 | Billable |
| 8/7/2014 4378 | Patrick Biggins<br>Case Administration<br>Filed schedules and petition. | 125.00 | 1.00 | 125.00 | Billable |
| 8/7/2014 4508 | Michael J. Macco<br>Case Administration<br>Received and reviewed notice of deficiency forwarded from clerk's office and research Rule 1073-3. | 495.00 | 0.30 | 148.50 | Billable |
| 8/8/2014 4509 | Carol Smith<br>Fee/Emp. App. & Obj.<br>E-mail from UST re: Retention Order. | 125.00 | 0.20 | 25.00 | Billable |
| 8/8/2014 4379 | Patrick Biggins<br>Case Administration<br>Filed Affidavit of Corp. Ownership. | 125.00 | 0.20 | 25.00 | Billable |
| 8/8/2014 4380 | Patrick Biggins<br>Case Administration<br>Filed 1017 Statement. | 125.00 | 0.20 | 25.00 | Billable |
| 8/8/2014 4381 | Michael J. Macco<br>Case Administration<br>Prepared Affidavit of Corporate Ownership. | 495.00 | 0.30 | 148.50 | Billable |
| 8/11/2014 4510 | Michael J. Macco<br>Case Administration<br>Received and reviewed guidelines from UST and forwarded to debtor. | 495.00 | 0.40 | 198.00 | Billable |
| 8/11/2014 3559 | Michael J. Macco<br>Business Operations<br>Phone call with Steeneck re: DIP accounts. | 495.00 | 0.10 | 49.50 | Billable |
| 8/13/2014 3567 | Michael J. Macco<br>Business Operations<br>Received 2013 tax return and reviewed same. | 495.00 | 0.30 | 148.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    3

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 8/18/2014 | Michael J. Macco | 495.00 | 0.20 | 99.00 | Billable |
| 3560 | Business Operations | | | | |
| | T/Conf. with client re: DIP accounts and operating reports. | | | | |
| 8/19/2014 | Michael J. Macco | 495.00 | 0.40 | 198.00 | Billable |
| 4383 | Case Administration | | | | |
| | Reviewed Bar Order and calendared same. | | | | |
| 8/19/2014 | Michael J. Macco | 495.00 | 0.30 | 148.50 | Billable |
| 4382 | Case Administration | | | | |
| | Reviewed Order scheduling Status Conference; calendared same. | | | | |
| 8/19/2014 | Michael J. Macco | 495.00 | 0.10 | 49.50 | Billable |
| 4511 | Case Administration | | | | |
| | Letter to debtor re: operating reports. | | | | |
| 8/20/2014 | Michael J. Macco | 495.00 | 0.10 | 49.50 | Billable |
| 4512 | Business Operations | | | | |
| | E-mail from Debtor re: DIP account and insurance. | | | | |
| 8/20/2014 | Michael J. Macco | 495.00 | 0.10 | 49.50 | Billable |
| 4387 | Fee/Emp. App. & Obj. | | | | |
| | Forwarded Affidavit of Accountant to accountant for execution. | | | | |
| 8/20/2014 | Michael J. Macco | 495.00 | 0.80 | 396.00 | Billable |
| 4386 | Fee/Emp. App. & Obj. | | | | |
| | Prepared Order, application and Affidavit of Account re: retaining accountant. | | | | |
| 8/20/2014 | Carol Smith | 125.00 | 1.00 | 125.00 | Billable |
| 4385 | Case Administration | | | | |
| | Served Order scheduling Status Conf.; Prepared and filed Affidavit of Service. | | | | |
| 8/20/2014 | Carol Smith | 125.00 | 1.00 | 125.00 | Billable |
| 4384 | Claims Admin & Objections | | | | |
| | Served Bar Order and Prepared and filed Affidavit of Service. | | | | |
| 8/20/2014 | Michael J. Macco | 495.00 | 0.20 | 99.00 | Billable |
| 3566 | Business Operations | | | | |
| | T/Conf. with Steeneck re: credit card account. | | | | |
| 8/22/2014 | Carol Smith | 125.00 | 0.30 | 37.50 | Billable |
| 4513 | Business Operations | | | | |
| | Forwarded Certification to Debtor to execute and counter forward to UST. | | | | |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/25/2014 4514 | Michael J. Macco<br>Business Operations<br>Forwarded documents to UST. | 495.00 | 0.20 | 99.00 | Billable |
| 9/3/2014 4388 | Carol Smith<br>Fee/Emp. App. & Obj.<br>Filed Order, Application and Affidavit to retain accountant. | 125.00 | 0.40 | 50.00 | Billable |
| 9/3/2014 3568 | Michael J. Macco<br>Case Administration<br>T/Conf. with Maria at Weisman's office re: operating reports. | 495.00 | 0.20 | 99.00 | Billable |
| 9/5/2014 4389 | Carol Smith<br>Case Administration<br>Reserved 341 Notice on Department of Labor; Prepared Affidavit of Service and filed same. | 125.00 | 0.50 | 62.50 | Billable |
| 9/5/2014 3553 | Michael J. Macco<br>Meeting of Creditors<br>Meeting with Peter Corey re: 341 meeting. | 495.00 | 0.30 | 148.50 | Billable |
| 9/10/2014 3563 | Michael J. Macco<br>Case Administration<br>T/call to Advanced Chimney re: needing proof of insurance and DIP checks. | 495.00 | 0.10 | 49.50 | Billable |
| 9/10/2014 3565 | Michael J. Macco<br>Fee/Emp. App. & Obj.<br>T/call Lanny Weisman, accountant for debtor, re: retention. | 495.00 | 0.20 | 99.00 | Billable |
| 9/10/2014 3564 | Michael J. Macco<br>Case Administration<br>Received and reviewed E-mail from UST and sent to client. | 495.00 | 0.20 | 99.00 | Billable |
| 9/10/2014 3561 | Michael J. Macco<br>Case Administration<br>T/Conf. with UST re: status of case. | 495.00 | 0.20 | 99.00 | Billable |
| 9/10/2014 3562 | Michael J. Macco<br>Case Administration<br>T/Conf. with UST re: IDI. | 495.00 | 0.20 | 99.00 | Billable |
| 9/11/2014 3554 | Peter Corey<br>Meeting of Creditors<br>Prepared for 341 meeting. | 395.00 | 0.50 | 197.50 | Billable |
| 9/12/2014 3555 | Peter Corey<br>Meeting of Creditors<br>Attended 341 meeting. | 395.00 | 2.50 | 987.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet                                                    Page      5

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/15/2014 3552 | Michael J. Macco Case Administration Letter to client re: documents requested by UST at 341 meeting.. | 495.00 | 0.10 | 49.50 | Billable |
| 9/22/2014 4391 | Carol Smith Case Administration Filed August Operating Report. | 125.00 | 0.30 | 37.50 | Billable |
| 9/22/2014 3539 | Michael J. Macco Litigation Reviewed Judgment of State Farm. | 495.00 | 0.20 | 99.00 | Billable |
| 9/22/2014 3538 | Michael J. Macco Case Administration Reviewed operating report and filed same. | 495.00 | 0.70 | 346.50 | Billable |
| 9/22/2014 4390 | Michael J. Macco Case Administration Received and reviewed August Operating Report. | 495.00 | 0.50 | 247.50 | Billable |
| 10/17/2014 3541 | Michael J. Macco Case Administration Reviewed operating report. | 495.00 | 0.70 | 346.50 | Billable |
| 10/17/2014 3540 | Michael J. Macco Business Operations T/Conf. with accountant. | 495.00 | 0.20 | 99.00 | Billable |
| 10/17/2014 4392 | Carol Smith Case Administration Filed September Operating Report. | 125.00 | 0.30 | 37.50 | Billable |
| 10/20/2014 3542 | Michael J. Macco Fee/Emp. App. & Obj. Reviewed Court Order re: retaining accountant and letter to accountant. | 495.00 | 0.30 | 148.50 | Billable |
| 10/22/2014 4393 | Michael J. Macco Claims Admin & Objections Downloaded claims and forwarded to Debtor with letter. | 495.00 | 0.30 | 148.50 | Billable |
| 10/22/2014 4394 | Carol Smith Case Administration Served letter adjourning Status Conf. and docketed same. | 125.00 | 0.70 | 87.50 | Billable |
| 10/22/2014 3543 | Michael J. Macco Meeting of Creditors Attended Status Conference. | 495.00 | 1.30 | 643.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    6

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 10/22/2014 3544 | Michael J. Macco Case Administration Letter to creditors re: adjournment. | 495.00 | 0.10 | 49.50 | Billable |
| 10/22/2014 3545 | Michael J. Macco Claims Admin & Objections Review claims docket and insurance claims and prepared for 341 hearing. | 495.00 | 0.80 | 396.00 | Billable |
| 10/23/2014 4395 | Patrick Biggins Case Administration Prepared amended petition as small business case; obtained signature of M. Steeneck and filed same. | 125.00 | 1.00 | 125.00 | Billable |
| 10/30/2014 3546 | Michael J. Macco Business Operations Review letter from National Grid and forwarded to debtors with letter. | 495.00 | 0.10 | 49.50 | Billable |
| 10/30/2014 3547 | Michael J. Macco Business Operations Review letter from National Grid and forwarded to debtors with letter. | 495.00 | 0.10 | 49.50 | Billable |
| 11/14/2014 3548 | Michael J. Macco Fee/Emp. App. & Obj. T/Call with Stan Yang re: retention order. | 495.00 | 0.20 | 99.00 | Billable |
| 11/18/2014 4515 | Michael J. Macco Fee/Emp. App. & Obj. Amended Order of Retention and forwarded to UST. | 495.00 | 0.40 | 198.00 | Billable |
| 11/19/2014 4397 | Carol Smith Case Administration Filed October Operating Report. | 125.00 | 0.30 | 37.50 | Billable |
| 11/19/2014 4396 | Michael J. Macco Case Administration Received and reviewed October Operating Report. | 495.00 | 0.50 | 247.50 | Billable |
| 11/19/2014 4398 | Michael J. Macco Fee/Emp. App. & Obj. Reviewed Amended Order retaining Macco & Stern. | 495.00 | 0.20 | 99.00 | Billable |
| 11/19/2014 3549 | Michael J. Macco Case Administration Reviewed Oct. Operating Report and filed same. | 495.00 | 0.70 | 346.50 | Billable |
| 12/3/2014 4516 | Michael J. Macco Fee/Emp. App. & Obj. T/Conf with accountant re: interim fees. | 495.00 | 0.20 | 99.00 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/10/2014 3536 | Michael J. Macco Fee/Emp. App. & Obj. T/Conf. with accountant re: interim fees. | 495.00 | 0.10 | 49.50 | Billable |
| 12/12/2014 4399 | Michael J. Macco Fee/Emp. App. & Obj. Received and Reviewed interim fee application of accountant. | 495.00 | 1.00 | 495.00 | Billable |
| 12/12/2014 4400 | Michael J. Macco Fee/Emp. App. & Obj. Prepared application and notice of  hearing to approve interim fee application. | 495.00 | 0.80 | 396.00 | Billable |
| 12/12/2014 4401 | Carol Smith Fee/Emp. App. & Obj. Filed notice of  hearing to approve interim fee application. | 125.00 | 0.40 | 50.00 | Billable |
| 12/18/2014 4403 | Michael J. Macco Case Administration Received and reviewed November operating report. | 495.00 | 0.50 | 247.50 | Billable |
| 12/18/2014 4402 | Carol Smith Case Administration Filed November Operating Report. | 125.00 | 0.30 | 37.50 | Billable |
| 12/21/2014 3537 | Michael J. Macco Plan & Disc. Stmt. Meeting with Steeneck re: plan. | 495.00 | 0.40 | 198.00 | Billable |
| 12/29/2014 3569 | Michael J. Macco Litigation T/Conf. with Danielle re: outstanding litigation. | 495.00 | 0.20 | 99.00 | Billable |
| 1/6/2015 3570 | Michael J. Macco Claims Admin & Objections 2 phone calls from Faroud Neezamoudun. | 495.00 | 0.20 | 99.00 | Billable |
| 1/8/2015 3557 | Michael J. Macco Litigation T/Conf. with Jennifer re: lawsuits. | 495.00 | 0.20 | 99.00 | Billable |
| 1/20/2015 4414 | Richard L. Stern Case Administration Served letter adjourning Status Conf. and docketed same. | 495.00 | 0.50 | 247.50 | Billable |
| 1/20/2015 4416 | Richard L. Stern Case Administration Letter to Judge Trust requesting adjournment of status conference. | 495.00 | 0.30 | 148.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    8

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/20/2015 4413 | Carol Smith Case Administration Served letter adjourning Status Conf. and docketed same. | 125.00 | 0.50 | 62.50 | Billable |
| 1/20/2015 4415 | Richard L. Stern Case Administration T/Conf. with UST re: status conference and MJM unavailability. | 495.00 | 0.20 | 99.00 | Billable |
| 2/4/2015 4411 | Carol Smith Fee/Emp. App. & Obj. Docketed Court Order approving fee of accountant. | 125.00 | 0.10 | 12.50 | Billable |
| 2/4/2015 4406 | Michael J. Macco Case Administration Prepared letter adjourning Status Conference. | 495.00 | 0.10 | 49.50 | Billable |
| 2/4/2015 4405 | Michael J. Macco Case Administration Reviewed December operating report. | 495.00 | 0.50 | 247.50 | Billable |
| 2/4/2015 4517 | Michael J. Macco Fee/Emp. App. & Obj. Reviewed Order approving fees and forwarded to accountant. | 495.00 | 0.20 | 99.00 | Billable |
| 2/4/2015 3523 | Michael J. Macco Meeting of Creditors Prepare for Status Conference with meeting with debtor. | 495.00 | 0.30 | 148.50 | Billable |
| 2/4/2015 3525 | Michael J. Macco Case Administration Letter to creditors re: adjournment. | 495.00 | 0.20 | 99.00 | Billable |
| 2/4/2015 3524 | Michael J. Macco Meeting of Creditors Attend Status Conference application for accountant. | 495.00 | 0.50 | 247.50 | Billable |
| 2/5/2015 4412 | Carol Smith Case Administration Served letter adjourning Status Conf. and docketed same. | 125.00 | 0.50 | 62.50 | Billable |
| 2/5/2015 4404 | Michael J. Macco Fee/Emp. App. & Obj. Prepared Order approving interim fee of accountant. | 495.00 | 0.30 | 148.50 | Billable |
| 2/6/2015 4518 | Michael J. Macco Claims Admin & Objections Reviewed all claims filed in cash and forwarded to debtor for review. | 495.00 | 0.50 | 247.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/9/2015<br>3526 | Michael J. Macco<br>Litigation<br>T/Conf. with Mike re: insurance lawsuits. | 495.00 | 0.20 | 99.00 | Billable |
| 2/10/2015<br>4519 | Michael J. Macco<br>Case Administration<br>Received letter from accountant explaining negative balance and forwarded<br>to UST. | 495.00 | 0.50 | 247.50 | Billable |
| 2/18/2015<br>3527 | Michael J. Macco<br>Plan & Disc. Stmt.<br>Meeting with Mike re:  Plan. | 495.00 | 0.70 | 346.50 | Billable |
| 2/19/2015<br>3528 | Michael J. Macco<br>Litigation<br>Andrew Acuri with impleader. | 495.00 | 0.20 | 99.00 | Billable |
| 2/23/2015<br>4407 | Michael J. Macco<br>Case Administration<br>Received and reviewed January operating reports. | 495.00 | 0.50 | 247.50 | Billable |
| 2/23/2015<br>4520 | Michael J. Macco<br>Case Administration<br>Letter from accountant re: negative balance and response re: same. | 495.00 | 0.20 | 99.00 | Billable |
| 2/23/2015<br>4410 | Carol Smith<br>Case Administration<br>Filed January Operating Reports. | 125.00 | 0.30 | 37.50 | Billable |
| 2/24/2015<br>3530 | Michael J. Macco<br>Case Administration<br>2 E-mails from UST re: operating reports and responses. | 495.00 | 0.30 | 148.50 | Billable |
| 2/24/2015<br>3531 | Michael J. Macco<br>Case Administration<br>2 E-mails to the accountant re: operating reports. | 495.00 | 0.20 | 99.00 | Billable |
| 2/24/2015<br>3532 | Michael J. Macco<br>Litigation<br>T/Conf. with Polin, Prisco & Vollaphane re: taking over litigation. | 495.00 | 0.70 | 346.50 | Billable |
| 2/24/2015<br>3533 | Michael J. Macco<br>Fee/Emp. App. & Obj.<br>T/Conf. with Danielle re: special counsel retention. | 495.00 | 0.10 | 49.50 | Billable |
| 2/25/2015<br>3534 | Michael J. Macco<br>Case Administration<br>Reviewed amended report and filed same. | 495.00 | 0.30 | 148.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/25/2015 3535 | Michael J. Macco Business Operations 2 E-mails with proposed changes in contract and response. | 495.00 | 0.30 | 148.50 | Billable |
| 2/25/2015 4409 | Carol Smith Case Administration Filed Amended January Operating Reports. | 125.00 | 0.30 | 37.50 | Billable |
| 2/25/2015 4408 | Michael J. Macco Case Administration Received and reviewed amended January operating reports. | 495.00 | 0.30 | 148.50 | Billable |
| 3/4/2015 3571 | Michael J. Macco Litigation Letter from Arcuri re: retention and response. | 495.00 | 0.20 | 99.00 | Billable |
| 3/5/2015 4521 | Michael J. Macco Litigation Letter from Accuri and terms of retention. | 495.00 | 0.20 | 99.00 | Billable |
| 3/5/2015 3572 | Michael J. Macco Business Operations Letter to Fendt re: violation of 362. | 495.00 | 0.20 | 99.00 | Billable |
| 3/6/2015 3573 | Michael J. Macco Litigation Phone call to Danielle re: lawsuit. | 495.00 | 0.10 | 49.50 | Billable |
| 3/9/2015 3574 | Michael J. Macco Business Operations Phone call to Danielle re: Hartford audit. | 495.00 | 0.10 | 49.50 | Billable |
| 3/10/2015 4522 | Michael J. Macco Case Administration Fax from debtor with Hartford papers. | 495.00 | 0.20 | 99.00 | Billable |
| 3/18/2015 3556 | Michael J. Macco Fee/Emp. App. & Obj. T/Conf. with Lanny Weisman re: interim fee allowance. | 495.00 | 0.10 | 49.50 | Billable |
| 3/18/2015 4523 | Michael J. Macco Case Administration Letter from Fendt re: notice of bankruptcy filing. | 495.00 | 0.10 | 49.50 | Billable |
| 3/19/2015 4472 | Michael J. Macco Business Operations Received and reviewed February Operating Reports. | 495.00 | 0.40 | 198.00 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    11

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/19/2015 4473 | Carol Smith Business Operations Filed February Operating Reports. | 125.00 | 0.30 | 37.50 | Billable |
| 3/28/2015 4418 | Cooper Macco Litigation E-mail litigation counsel re: details of policy. | 295.00 | 0.20 | 59.00 | Billable |
| 3/28/2015 4417 | Cooper Macco Plan & Disc. Stmt. Preparation of Plan and Disclosure Statement. | 295.00 | 2.60 | 767.00 | Billable |
| 3/28/2015 4475 | Michael J. Macco Plan & Disc. Stmt. Reviewed first draft of Plan and Disclosure Statement. | 495.00 | 1.00 | 495.00 | Billable |
| 3/28/2015 4474 | Michael J. Macco Case Administration Received and reviewed Allstate litigation and amended Schedule F to add creditor and attorney. | 495.00 | 0.50 | 247.50 | Billable |
| 3/29/2015 4419 | Cooper Macco Plan & Disc. Stmt. Review and revise of Plan and Disclosure Statement. | 295.00 | 0.80 | 236.00 | Billable |
| 3/30/2015 4420 | Cooper Macco Plan & Disc. Stmt. Review monthly operating reports; e-mail accountant re: financial projections. | 295.00 | 0.20 | 59.00 | Billable |
| 3/30/2015 4476 | Patrick Biggins Case Administration Obtained debtor's signature on Amended Schedule F and filed and served same. | 125.00 | 1.00 | 125.00 | Billable |
| 3/30/2015 4364 | Michael J. Macco Business Operations T/Conf. with Mike Steeneck re: setting up meeting. | 495.00 | 0.20 | 99.00 | Billable |
| 4/1/2015 4524 | Michael J. Macco Litigation Fax from Acuri with copies of insurance coverage. | 495.00 | 0.30 | 148.50 | Billable |
| 4/6/2015 4421 | Cooper Macco Plan & Disc. Stmt. E-mail accountant re: projections. | 295.00 | 0.20 | 59.00 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    12

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/7/2015 4422 | Cooper Macco Plan & Disc. Stmt. Review and revise Plan and Disclosure Statement. | 295.00 | 0.50 | 147.50 | Billable |
| 4/7/2015 4423 | Cooper Macco Plan & Disc. Stmt. E-mail Plan and Disclosure Statement to Stan Yang, UST. | 295.00 | 0.20 | 59.00 | Billable |
| 4/13/2015 4477 | Michael J. Macco Plan & Disc. Stmt. Reviewed second draft of Plan and Disclosure Statement. | 495.00 | 0.80 | 396.00 | Billable |
| 4/16/2015 4424 | Cooper Macco Plan & Disc. Stmt. Follow up with UST re: Plan and Disclosure Statement. | 295.00 | 0.10 | 29.50 | Billable |
| 4/17/2015 4425 | Cooper Macco Plan & Disc. Stmt. Review e-mail from UST re: revising Plan and Disclosure Statement. | 295.00 | 0.10 | 29.50 | Billable |
| 4/20/2015 4479 | Michael J. Macco Business Operations Received and reviewed March Operating Reports. | 495.00 | 0.40 | 198.00 | Billable |
| 4/20/2015 4478 | Carol Smith Business Operations Filed March Operating Reports. | 125.00 | 0.30 | 37.50 | Billable |
| 4/20/2015 4426 | Cooper Macco Plan & Disc. Stmt. Follow up with accountant re: financial projections. | 295.00 | 0.10 | 29.50 | Billable |
| 4/21/2015 4480 | Michael J. Macco Case Administration Prepare for Court hearing. | 495.00 | 0.50 | 247.50 | Billable |
| 4/21/2015 4428 | Cooper Macco Claims Admin & Objections Review e-mail from accountant re: proofs of claim; respond to same; exchange documents in connection with claim pool. | 295.00 | 0.40 | 118.00 | Billable |
| 4/21/2015 3551 | Michael J. Macco Case Administration T/Conf. with debtor verifying Court hearing. | 495.00 | 0.10 | 49.50 | Billable |
| 4/21/2015 3550 | Michael J. Macco Case Administration T/Conf. with Rudy Fusco re: setting up meeting. | 495.00 | 0.10 | 49.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    13

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/21/2015 4427 | Cooper Macco Plan & Disc. Stmt. Review e-mail from accountant re: financial projections; respond to same. | 295.00 | 0.20 | 59.00 | Billable |
| 4/22/2015 4481 | Michael J. Macco Case Administration Attended Court hearing . | 495.00 | 1.30 | 643.50 | Billable |
| 4/22/2015 4482 | Michael J. Macco Case Administration Drafted letter adjourning Status Conf. | 495.00 | 0.10 | 49.50 | Billable |
| 4/22/2015 4483 | Carol Smith Case Administration Served letter adjourning Status Conf. | 125.00 | 0.30 | 37.50 | Billable |
| 4/22/2015 4430 | Cooper Macco Plan & Disc. Stmt. Telephone call to Stan Yang with MJM re: plan's proposed classification of claims. | 295.00 | 0.20 | 59.00 · | Billable |
| 4/22/2015 4484 | Michael J. Macco Plan & Disc. Stmt. Reviewed third draft of Plan and Disclosure Statement. | 495.00 | 0.80 | 396.00 | Billable |
| 4/22/2015 4429 | Cooper Macco Plan & Disc. Stmt. Review voicemail from UST re: Plan and Disclosure Statement. | 295.00 | 0.10 | 29.50 | Billable |
| 4/23/2015 4432 | Cooper Macco Plan & Disc. Stmt. Prepare brief memorandum re: same. | 295.00 | 0.40 | 118.00 | Billable |
| 4/23/2015 4431 | Cooper Macco Plan & Disc. Stmt. Research classification of claims when there is an independent source of repayment. | 295.00 | 1.30 | 383.50 | Billable |
| 4/23/2015 4349 | Michael J. Macco Case Administration T/Conf. with UST. | 495.00 | 0.40 | 198.00 | Billable |
| 4/24/2015 4485 | Michael J. Macco Plan & Disc. Stmt. Reviewed final draft of Plan and Disclosure Statement. | 495.00 | 1.00 | 495.00 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 4/24/2015 4433 | Cooper Macco Plan & Disc. Stmt. Review e-mail from UST re: proposed changes to Plan and Disclosure Statement. | 295.00 | 0.30 | 88.50 | Billable |
| 4/24/2015 4434 | Cooper Macco Plan & Disc. Stmt. Revise Plan and Disclosure Statement. | 295.00 | 0.80 | 236.00 | Billable |
| 4/27/2015 4435 | Cooper Macco Plan & Disc. Stmt. Review and respond to e-mail from accountant re: claims and unsecured debt. | 295.00 | 0.20 | 59.00 | Billable |
| 4/28/2015 4350 | Michael J. Macco Case Administration T/Conf. with Lanny Weisman re: exhibits. | 495.00 | 0.30 | 148.50 | Billable |
| 4/29/2015 4436 | Cooper Macco Claims Admin & Objections Review and respond to e-mail from accountant re: claims. | 295.00 | 0.20 | 59.00 | Billable |
| 4/29/2015 4437 | Cooper Macco Claims Admin & Objections Prepare chart re: claims. | 295.00 | 0.20 | 59.00 | Billable |
| 4/29/2015 4438 | Cooper Macco Plan & Disc. Stmt. Revised Plan and Disclosure Statement; prepare e-mail to UST re: changes. | 295.00 | 0.60 | 177.00 | Billable |
| 4/30/2015 4439 | Cooper Macco Plan & Disc. Stmt. Review e-mail from UST re: additional changes to Plan and Disclosure Statement. | 295.00 | 0.60 | 177.00 | Billable |
| 4/30/2015 4440 | Cooper Macco Plan & Disc. Stmt. Prepare response to same based on updated Plan and Disclosure Statement (line by line response). | 295.00 | 0.40 | 118.00 | Billable |
| 4/30/2015 4441 | Cooper Macco Plan & Disc. Stmt. Review email from accountant. re: financial projections | 295.00 | 0.10 | 29.50 | Billable |
| 5/1/2015 4442 | Cooper Macco Plan & Disc. Stmt. Review financial projections and quarterly statement from accountant. | 295.00 | 0.70 | 206.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/1/2015 4443 | Cooper Macco Plan & Disc. Stmt. Forwarded exhibits to UST. | 295.00 | 0.10 | 29.50 | Billable |
| 5/1/2015 4345 | Michael J. Macco Plan & Disc. Stmt. E-mail to Stan Yang re: change in plan and 2 responses. | 495.00 | 0.40 | 198.00 | Billable |
| 5/1/2015 4346 | Michael J. Macco Plan & Disc. Stmt. E-mail from Chambers re: Disclosure Statement. | 495.00 | 0.10 | 49.50 | Billable |
| 5/1/2015 4347 | Michael J. Macco Plan & Disc. Stmt. Reviewed Court Order scheduling hearing to approve disclosure statement. | 495.00 | 0.20 | 99.00 | Billable |
| 5/3/2015 4444 | Cooper Macco Plan & Disc. Stmt. Sent Plan and Disclosure Statement to client for review & execution | 295.00 | 0.20 | 59.00 | Billable |
| 5/4/2015 4445 | Cooper Macco Plan & Disc. Stmt. Review executed Plan and Disclosure Statement. | 295.00 | 0.10 | 29.50 | Billable |
| 5/4/2015 4446 | Cooper Macco Plan & Disc. Stmt. Prepared Order conditionally approving Disclosure Statement. | 295.00 | 0.30 | 88.50 | Billable |
| 5/4/2015 4486 | Carol Smith Plan & Disc. Stmt. Filed Plan and Disclosure Statement. | 125.00 | 0.50 | 62.50 | Billable |
| 5/5/2015 4487 | Michael J. Macco Case Administration Reviewed Order scheduling hearing on adequacy of Disclosure Statement. | 495.00 | 0.30 | 148.50 | Billable |
| 5/5/2015 4488 | Michael J. Macco Plan & Disc. Stmt. Reviewed Order scheduling hearing on adequacy of Disclosure Statement. | 495.00 | 0.30 | 148.50 | Billable |
| 5/5/2015 4348 | Michael J. Macco Plan & Disc. Stmt. T/Conf. with Christine Black re: Plan and Disclosure Statement. | 495.00 | 0.40 | 198.00 | Billable |
| 5/5/2015 4525 | Michael J. Macco Plan & Disc. Stmt. E-mail from chambers seeking UST signature on Disclosure Statement. | 495.00 | 0.10 | 49.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    16

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/5/2015 4447 | Cooper Macco<br>Plan & Disc. Stmt.<br>Revise Order to reflect no approval of Disclosure Statement. | 295.00 | 0.30 | 88.50 | Billable |
| 5/18/2015 4351 | Michael J. Macco<br>Case Administration<br>Review monthly operating report and filed same. | 495.00 | 0.50 | 247.50 | Billable |
| 5/19/2015 4489 | Michael J. Macco<br>Case Administration<br>Reviewed May Operating Report. | 495.00 | 0.40 | 198.00 | Billable |
| 5/19/2015 4490 | Carol Smith<br>Case Administration<br>Filed May Operating Report. | 125.00 | 0.30 | 37.50 | Billable |
| 5/19/2015 4352 | Michael J. Macco<br>Case Administration<br>T/Conf. with Acuri re: lifting stay. | 495.00 | 0.30 | 148.50 | Billable |
| 5/26/2015 4370 | Michael J. Macco<br>Case Administration<br>T/Conf. with UST re: changes. | 495.00 | 0.30 | 148.50 | Billable |
| 5/28/2015 4357 | Michael J. Macco<br>Case Administration<br>Reviewed Transcript and e-mailed same to UST with letter of explanation. | 495.00 | 0.40 | 198.00 | Billable |
| 5/29/2015 4450 | Cooper Macco<br>Plan & Disc. Stmt.<br>Forward amended Plan and Disclosure Statement to UST. | 295.00 | 0.20 | 59.00 | Billable |
| 5/29/2015 4449 | Cooper Macco<br>Plan & Disc. Stmt.<br>Review and revise Plan and Disclosure Statement. | 295.00 | 0.40 | 118.00 | Billable |
| 5/29/2015 4448 | Cooper Macco<br>Plan & Disc. Stmt.<br>T/C with UST re: changes to Plan and Disclosure Statement. | 295.00 | 0.30 | 88.50 | Billable |
| 6/1/2015 4491 | Michael J. Macco<br>Case Administration<br>Reviewed law and prepared for Court hearing. | 495.00 | 1.50 | 742.50 | Billable |
| 6/1/2015 4358 | Michael J. Macco<br>Fee/Emp. App. & Obj.<br>T/Conf. with Mike Steeneck re: retention of accountant. | 495.00 | 0.10 | 49.50 | Billable |

MACCO & STERN, LLP

Pre-bill Worksheet

Page    17

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/2/2015 4451 | Cooper Macco Plan & Disc. Stmt. Research in re: Boston Post Road as per the UST's. | 295.00 | 0.30 | 88.50 | Billable |
| 6/2/2015 4354 | Michael J. Macco Plan & Disc. Stmt. Conf. with Lanny W. to approve Disclosure Statement. | 495.00 | 0.80 | 396.00 | Billable |
| 6/2/2015 4359 | Michael J. Macco Plan & Disc. Stmt. Reviewed case law on separate classification under 1122(a) and prepared for hearing on Disclosure Statement. | 495.00 | 3.00 | 1,485.00 | Billable |
| 6/3/2015 4492 | Michael J. Macco Case Administration Attended hearing to approve Disclosure Statement. | 495.00 | 1.50 | 742.50 | Billable |
| 6/3/2015 4455 | Cooper Macco Plan & Disc. Stmt. Prepare Order approving Disclosure Statement. | 295.00 | 0.80 | 236.00 | Billable |
| 6/3/2015 4452 | Cooper Macco Plan & Disc. Stmt. Prepare for and attend hearing on approval of Disclosure Statement. | 295.00 | 1.50 | 442.50 | Billable |
| 6/3/2015 4453 | Cooper Macco Plan & Disc. Stmt. Exchange e-mail re: deadlines with UST. | 295.00 | 0.30 | 88.50 | Billable |
| 6/3/2015 4454 | Cooper Macco Plan & Disc. Stmt. Prepare motion to extend time to confirm a Plan. | 295.00 | 0.80 | 236.00 | Billable |
| 6/4/2015 4456 | Cooper Macco Plan & Disc. Stmt. Prepare Ballots to accompany Plan; confirm with Carol re: service. | 295.00 | 0.60 | 177.00 | Billable |
| 6/4/2015 4493 | Michael J. Macco Case Administration Reviewed notice of motion to extend time to confirm and execute same. | 495.00 | 0.20 | 99.00 | Billable |
| 6/4/2015 4494 | Carol Smith Case Administration Served notice of motion to extend time. | 125.00 | 0.50 | 62.50 | Billable |
| 6/8/2015 4355 | Michael J. Macco Plan & Disc. Stmt. B. Marcus, representing Greater NY, creditor, re: Disclosure Statement. | 495.00 | 0.20 | 99.00 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/9/2015<br>4356 | Michael J. Macco<br>Business Operations<br>T/Conf. with Lanny Weisman, CPA, re: Hartford Insurance. | 495.00 | 0.20 | 99.00 | Billable |
| 6/9/2015<br>4495 | Michael J. Macco<br>Case Administration<br>Reviewed Order approving Disclosure Statement. | 495.00 | 0.30 | 148.50 | Billable |
| 6/9/2015<br>4496 | Carol Smith<br>Plan & Disc. Stmt.<br>Served Plan and Disclosure Statement and ballots. | 125.00 | 2.00 | 250.00 | Billable |
| 6/15/2015<br>4353 | Michael J. Macco<br>Plan & Disc. Stmt.<br>T/Conf. with Jami Amanasinghe, Liberty Mutual, re: Class II voting. | 495.00 | 0.20 | 99.00 | Billable |
| 6/16/2015<br>4457 | Cooper Macco<br>Plan & Disc. Stmt.<br>Review Ballot re: Queen. | 295.00 | 0.20 | 59.00 | Billable |
| 6/16/2015<br>4497 | Michael J. Macco<br>Plan & Disc. Stmt.<br>Reviewed Order extending time to approve Disclosure Statement. | 495.00 | 0.20 | 99.00 | Billable |
| 6/18/2015<br>4498 | Michael J. Macco<br>Case Administration<br>Reviewed May Operating Report. | 495.00 | 0.30 | 148.50 | Billable |
| 6/18/2015<br>4499 | Carol Smith<br>Case Administration<br>Filed May Operating Report. | 125.00 | 0.30 | 37.50 | Billable |
| 6/22/2015<br>4458 | Cooper Macco<br>Plan & Disc. Stmt.<br>Review Ballot re: GNY Mutual. | 295.00 | 0.20 | 59.00 | Billable |
| 6/24/2015<br>4460 | Cooper Macco<br>Plan & Disc. Stmt.<br>Review ballot from State Farm. | 295.00 | 0.20 | 59.00 | Billable |
| 6/24/2015<br>4363 | Michael J. Macco<br>Business Operations<br>Letter to client re: State Farm claim. | 495.00 | 0.10 | 49.50 | Billable |
| 6/24/2015<br>4459 | Cooper Macco<br>Plan & Disc. Stmt.<br>T/C to Malillo & Grossman re: found ballot; e-mail re: same. | 295.00 | 0.20 | 59.00 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/24/2015<br>4362 | Michael J. Macco<br>Business Operations<br>T/Conf. with Ron from State Farm re: vote. | 495.00 | 0.20 | 99.00 | Billable |
| 6/29/2015<br>4463 | Cooper Macco<br>Plan & Disc. Stmt.<br>Review ballot from Hibu.. | 295.00 | 0.20 | 59.00 | Billable |
| 6/29/2015<br>4462 | Cooper Macco<br>Plan & Disc. Stmt.<br>Review ballot from Tri-State. | 295.00 | 0.20 | 59.00 | Billable |
| 6/29/2015<br>4461 | Cooper Macco<br>Plan & Disc. Stmt.<br>T/C to Malillo & Grossman. re: voting | 295.00 | 0.10 | 29.50 | Billable |
| 6/30/2015<br>4360 | Michael J. Macco<br>Business Operations<br>T/Conf. with Mike Steeneck re: State Farm objection to claim. | 495.00 | 0.20 | 99.00 | Billable |
| 6/30/2015<br>4361 | Michael J. Macco<br>Business Operations<br>T/Conf. with Danielle re: State Farm. | 495.00 | 0.10 | 49.50 | Billable |
| 7/2/2015<br>4464 | Cooper Macco<br>Plan & Disc. Stmt.<br>Prepare draft of proffer of principal. | 295.00 | 0.90 | 265.50 | Billable |
| 7/2/2015<br>4465 | Cooper Macco<br>Plan & Disc. Stmt.<br>Prepare draft affidavit re: certification of ballots. | 295.00 | 0.50 | 147.50 | Billable |
| 7/8/2015<br>4466 | Cooper Macco<br>Plan & Disc. Stmt.<br>Review and revise proffer and ballot affidavit. | 295.00 | 0.30 | 88.50 | Billable |
| 7/8/2015<br>4467 | Cooper Macco<br>Plan & Disc. Stmt.<br>E-mail UST results. | 295.00 | 0.20 | 59.00 | Billable |
| 7/9/2015<br>4501 | Michael J. Macco<br>Case Administration<br>Reviewed affidavit of debtor's proffer of compliance with Section 1129 and amended same. | 495.00 | 0.50 | 247.50 | Billable |
| 7/9/2015<br>4500 | Michael J. Macco<br>Case Administration<br>Reviewed certification of ballots and amended same. | 495.00 | 0.40 | 198.00 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Page    20

Advanced Chimney:Mike Steeneck (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/9/2015 4468 | Cooper Macco<br>Plan & Disc. Stmt.<br>Review reply of UST; send ballots to same. | 295.00 | 0.20 | 59.00 | Billable |
| 7/9/2015 4469 | Cooper Macco<br>Plan & Disc. Stmt.<br>Prepare proffer and ballots for filing. | 295.00 | 0.40 | 118.00 | Billable |
| 7/15/2015 4369 | Michael J. Macco<br>Case Administration<br>Attend hearing on confirmation. | 495.00 | 1.30 | 643.50 | Billable |
| 7/15/2015 4526 | Cooper Macco<br>Case Administration<br>Letter to accountant seeking final. | 295.00 | 0.10 | 29.50 | Billable |
| 7/15/2015 4368 | Michael J. Macco<br>Case Administration<br>Prepared for hearing on confirmation. | 495.00 | 0.80 | 396.00 | Billable |
| 7/15/2015 4471 | Cooper Macco<br>Plan & Disc. Stmt.<br>Prepare Order Confirming Plan. | 295.00 | 0.30 | 88.50 | Billable |
| 7/15/2015 4470 | Cooper Macco<br>Plan & Disc. Stmt.<br>Prepare for and attend confirmation hearing. | 295.00 | 1.60 | 472.00 | Billable |
| 7/16/2015 4502 | Michael J. Macco<br>Plan & Disc. Stmt.<br>Reviewed Order confirming plan. | 495.00 | 0.30 | 148.50 | Billable |
| 7/20/2015 4504 | Carol Smith<br>Case Administration<br>Filed June Operating Report. | 125.00 | 0.30 | 37.50 | Billable |
| 7/20/2015 4503 | Michael J. Macco<br>Case Administration<br>Reviewed June Operating Report. | 495.00 | 0.20 | 99.00 | Billable |
| 7/20/2015 4532 | Cooper Macco<br>Fee/Emp. App. & Obj.<br>Prepare first & final fee application | 295.00 | 1.20 | 354.00 | Billable |
| 7/21/2015 4533 | Cooper Macco<br>Case Administration<br>Review & revise time sheets | 295.00 | 1.70 | 501.50 | Billable |

MACCO & STERN, LLP
Pre-bill Worksheet

Advanced Chimney:Mike Steeneck (continued)

|  |  | Amount | Total |
|---|---|---|---|
| TOTAL | Billable Fees | 104.80 | $39,707.00 |

# EXHIBIT C

## CATEGORIES OF SERVICES PROVIDED

| Project Category | Fees |
|---|---|
| Business Operations | $3,412.00 |
| Case Administration | $15,339.00 |
| Claims Administration and Objections | $1,252.00 |
| Fee and Employment Applications and Objections | $3,412.00 |
| Meeting of Creditors | $2,373.00 |
| Litigation | $1,544.00 |
| Plan and Disclosure Statement | $12,375.00 |
| **SUB-TOTAL** | **$39,707.00** |
| Three (3) Hours of Estimated Additional Time | $1,485.00 |
| **TOTAL** | **$41,192.00** |